# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. RAMAN SINGH

VERSUS

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, JAMES
LEBLANC, INDIVIDUALLY AND IN
HIS CAPACITY AS SECRETARY OF
THE DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, AND
STACYE FALGOUT

NO.  2019 CW 0980

**OCT 2 8 2019**

---

In Re:  State of Louisiana, Through the Department of Public
Safety and Corrections and James LeBlanc, in his
capacity as Secretary of the Department of Public
Safety and Corrections, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 663,773.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT